UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VENETA DELUCCHI, individually and on behalf of all others similarly situated and BRADLEY BERNIUS, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.                                Case No: 2:16-cv-695-FtM-99MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC.,

    Defendant.

**ORDER**

This matter comes before the Court on the parties' Unopposed Joint Motion to Consolidate and Stay Case Deadlines (Doc. #25) filed on September 28, 2016. In conformity with the Report and Recommendation entered by Magistrate Judge Mac R. McCoy in the related cases, and this Court's Order adopting the Report and Recommendation, see In re 21st Century Oncology Data Breach Litigation, 2:16-cv-00210-UA-MRM, Docs. ##31, 32, the Court hereby grants the parties' Joint Motion. The Court also informs the parties that a hearing on the appointment of interim class counsel is currently set to be held on November 2, 2016 at 1:30 p.m. before Magistrate Judge Mac R. McCoy in Fort Myers Courtroom 5C.

    Accordingly, it is hereby

**ORDERED:**

1.   The Parties' Unopposed Joint Motion to Consolidate and Stay Case Deadlines (Doc. #25) is **GRANTED.**

2.   This case shall be consolidated with the related cases and proceed under <u>In re 21st Century Oncology Data Breach Litigation</u>, Case No. 2:16-cv-00210-UA-MRM.  The Clerk is directed consolidate the cases and to add any counsel of record in the above-captioned case that are not already of record in the consolidated case to receive notices of electronic filings in the consolidated case.  The Clerk shall administratively close the above-captioned case.

3.   Any case management deadlines shall be held in abeyance pending resolution of any re-filed or newly filed motions for appointment of interim class counsel in the consolidated case. Upon resolution of the issues related to the appointment of interim class counsel, the Court shall issue a Case Management and Scheduling Order establishing case management deadlines for the consolidated action.

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of September, 2016.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record